## No. 13,164.

PEOPLE EX REL. ELK RIVER INVESTMENT COMPANY *v.*
GROESBECK ET AL.
(14 P. [2d] 1118)

Decided September 12, 1932.

Judgment affirmed in department on application for supersedeas without written opinion, Mr. Chief Justice Adams, Mr. Justice Burke and Mr. Justice Hilliard participating.

Mr. GILBERT A. WALKER, for plaintiff in error.

Messrs. GOODING & MONSON, for defendants in error.

## No. 13,169.

WHITE *v.* HURST ET AL.
(14 P. [2d] 1119)

Decided September 12, 1932.

Judgment affirmed en banc without written opinion.

Messrs. BLAINE & FEIGHNER, for plaintiff in error.

Messrs. McMULLIN, STERNBERG & HELMAN, for defendants in error.